IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHEQUILIA MOTLEY, Fed. Reg. No. 14318-002,  )<br>)<br>Petitioner,  )<br>)<br>v.  )<br>)<br>STEVE MORA, *et al.*,  )<br>)<br>Respondents.  ) | CASE NO. 2:14-CV-617-WKW<br>[WO] |

## **ORDER**

On July 30, 2014, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 2.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation is ADOPTED and that this action is TRANSFERRED to the United States District Court for the Southern District of Texas for review and determination.

DONE this 19th day of August, 2014.

                                                  /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE